UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 13-32694-DHW
                                                 Chapter 13
CATRIANA MOORE,

      Debtor.

---

CATRIANA MOORE,

      Plaintiff,

v.                                               Adv. Proc. 14-03115-DHW

ONE MAIN FINANCIAL, INC,

      Defendant.

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

A status conference for the above referenced adversary proceeding was held on August 15, 2016. Prior to the hearing, Plaintiff filed a Motion for Default Judgment (Doc. #9). In accordance with the ruling from the bench in open court, it is

ORDERED that the motion for default judgment is DENIED for want of proper service.

Done this 15th day of August, 2016.

*/s/ Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor/Plaintiff
   Richard D. Shinbaum, Attorney for Plaintiff
   One Main Financial, Inc., Defendant