B2500A (Form 2500A)
(12/15)

# United States Bankruptcy Court

_____ District Of_____

In re _____, )
        Debtor       ) Case No. _____
                    )
                    ) Chapter _____
_____, )
        Plaintiff      )
                    )
    v.               )
_____, ) Adv. Proc. No. _____
        Defendant     )

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Case 14-03115    Doc 13    Filed 08/16/16    Entered 08/16/16 07:48:05    Desc Main
Document    Page 1 of 3

## CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the
            (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:
                     (date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:



☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:



☐ Residence Service: By leaving the process with the following adult at:



☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:



☐ Publication: The defendant was served as follows: [Describe briefly]



☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                                (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.


_____         _____
                Date                                                                                          Signature

| Print Name |
| Business Address |
| City                State       Zip |

## Additional Addresses