UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                         Case No. 13-32694
                                                              Chapter 13
Catriana Moore,

    Debtor.

Catriana Moore,

    Plaintiff,

                                                        Adversary Proceeding
                                                            No. 14-3115
                                                        Judge Dwight H. Williams, Jr.

v.

One Main Financial, Inc.,

    Defendant.

## CLERK'S ENTRY OF DEFAULT

It appears from the record that the defendant, One Main Financial, Inc., has failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against the defendant as authorized by Rule 7055, Federal Rules of Bankruptcy Procedure.

Dated July 7, 2017

                                                               Juan-Carlos Guerrero
                                                                Clerk of Court

c: All parties