# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re **Catriana Moore**, | ) | Case No. **13-32694** |
| Debtor | ) | |
| **Catriana Moore** | ) | Chapter **13** |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. **14-03115** |
| **One Main Financial , Inc.** | ) | |
| Defendant | ) | |

## MOTION FOR JUDGMENT BY DEFAULT

  Comes now the Plaintiff, by and through counsel and moves this court for a judgment by default and as grounds for said motion would state.

  1. On September 23, 2014, the Plaintiff filed an adversary proceeding against the Defendant seeking to value and strip a second mortgage off the property of the Plaintiff, said mortgage having no value.

  2. On the 26th day of September, 2014, the Defendant was served with a copy of the complaint and was again served with notice of this action on the 22nd day of August, 2016.

  3. The Defendant has failed to appear or otherwise defend this action as required by law and the Plaintiff is entitled to relief, as a matter of law.

  4. It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

  5. A default was entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

  Wherefore, the premises considered, the Plaintiff request a default judgment against the Defendant, declaring that the lien of One Main Financial is without value.

  */s/ Richard D. Shinbaum*

  Richard D. Shinbaum
  Attorney for the Plaintiff
  P.O. Box 201
  Montgomery, Alabama
  (334)269-4440

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this motion was this day served on the Defendant, One Main Financial, Inc. By placing the same in the United States Mail, Postage Prepaid, this the 11th day of August, 2016.

One Main Financial, Inc
P.O.Box 70911
Charlotte, NC 28272-0911

*/s. Richard D. Shinbaum*
Richard D, Shinbaum
Attorney for the Plaintiff